**Opinion issued July 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00180-CV

———————————

**MEDSTAR FUNDING, L.C. AND BEACON LEGAL FUNDING, L.L.C.,**
**Appellants**

**V.**

**MYCHELE REED, AS NEXT FRIEND OF T.R., A MINOR,**
**JERRY WAYNE SQUIER, AND STRIKE, LLC, F/K/A STRIKE**
**CONSTRUCTION, LLC, Appellees**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-44914**

---

## MEMORANDUM OPINION

Appellants, Medstar Funding, L.C. and Beacon Legal Funding, L.L.C.,

representing that the underlying dispute has been settled and they no longer wish to

pursue their appeal, have filed an unopposed motion to dismiss the appeal with prejudice. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.